**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

THOMAS WALDORF,

                Plaintiff,

vs.                                     Case No.  3:05-cv-1072-J-16MMH

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

      This cause is before the Court on Defendant's Opposed Motion to Remand (Doc. No. 10; Motion) filed on January 26, 2006.  Defendant has not yet filed an answer.  When Plaintiff failed to respond to the Motion, the Court entered an Order to Show Cause on February 15, 2006, directing Plaintiff to show cause by February 27, 2006, why the Motion should not be granted.  See Order to Show Cause (Doc. 11).  However, as of this date, Plaintiff still has not responded to the Motion or to this Court's Order to Show Cause.

      In the Motion, Defendant seeks to remand this case to the Commissioner of Social Security for further administrative proceedings pursuant to sentence six of 42 U.S.C. §§ 405(g) and 1383(c)(3) due to an incomplete record.  See Motion at 2.  Specifically, Defendant asserts that certain sections of Plaintiff's modular disability file were not admitted

---

[1]      Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document.  Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

as evidence into the record by the administrative law judge.  See id. at 2-3.  Pursuant to

sentence six of 42 U.S.C. § 405(g):

> The court may, on motion of the Commissioner of Social Security made for
> good cause shown before the Commissioner files the Commissioner's
> answer, remand the case to the Commissioner of Social Security for further
> action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g); see also Melkonyan v. Sullivan, 501 U.S. 89, 100 n.2 (1991); Shalala

v. Schaefer, 509 U.S. 292, 297 n.2 (1993).  Upon review of the Motion, the undersigned

concludes that Defendant has shown good cause for her request to remand this matter to

the Commissioner of Social Security.

## RECOMMENDATION

Accordingly, it is recommended that Defendant's Opposed Motion to Remand (Doc.

No. 10) be **GRANTED** and this case be **REMANDED** to the Commissioner of Social Security

for further administrative proceedings which should include the issuance of a notice

proposing to admit relevant documents, such as the benefits application, earnings record,

questionnaires, and procedural documents into the record and then the preparation of a

certified record to submit to the Court.

**ENTERED** at Jacksonville, Florida, on March 2, 2006.

*Marcia Morales Howard*

**MARCIA MORALES HOWARD**
United States Magistrate Judge

ja

Copies to:

The Honorable John H. Moore, II
United States Senior District Judge

Counsel of Record