**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**THOMAS N. WALDORF**,

    Plaintiff,

vs.                                                                          **CASE NO. 3:05-cv-1072-J-16MMH**

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

_____/

**O R D E R**

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed March 2, 2006 (Doc.#12). No objections have been filed to said Report. After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is hereby **REMANDED** to the Commissioner of Social Security for further administrative proceedings which should include the issuance of a notice proposing to admit relevant documents, such as the benefits application, earnings record, questionnaires, and procedural documents into the record and then the preparation of a certified record to submit to the Court.

The Clerk of Court is hereby directed to administratively close this case until such time as the defendant files an answer along with a copy of the complete transcript of the administrative proceedings.

**DONE AND ORDERED** in Jacksonville, Florida, this 31st day of March, 2006.

                                                                               JOHN H. MOORE II
                                                                               United States District Judge

Copies to:    Counsel of Record